Dismissed and Memorandum Opinion filed January 27, 2005









Dismissed and Memorandum Opinion filed January 27,
2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-04-01151-CV

____________

 

JOYCE CRUMP,
Appellant

 

V.

 

TRANSCONTINENTAL INSURANCE COMPANY, Appellee

 



 

On Appeal from the
400th District Court

Fort Bend County,
Texas

Trial Court Cause No.  02-CV-125132

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed October 13, 2004.

On January 20, 2005, appellant filed a motion to dismiss the
appeal because the trial court has granted appellant=s motion for new trial.  See Tex.
R. App. P. 42.1.  Appellant
attaches a certified copy of the trial court=s order granting a new trial.  The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Judgment rendered and Memorandum
Opinion filed January 27, 2005.

Panel consists of Justices
Anderson, Hudson, and Frost.